**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAURICIO CHAVEZ, individually and on behalf of all others similarly situated; ZANETTA TADDESSE-BONSIGNORE, individually and on behalf of all others similarly situated; VINCENT BONSIGNORE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NESTLE USA, INC., a Delaware Corporation, <br><br> Defendant - Appellee. | No. 11-56066 <br><br> D.C. No. 2:09-cv-09192-GW-CW <br><br><br> ORDER |

Before: GOODWIN, KLEINFELD, and SILVERMAN, Circuit Judges.

The panel has voted to deny the petition for rehearing. Judge Kleinfeld voted to grant the petition for rehearing. Judge Silverman voted to deny the petition for rehearing en banc, and Judge Goodwin recommended denial. Judge Kleinfeld recommended granting the petition for rehearing en banc.

_____

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing is DENIED and the petition for rehearing en banc is DENIED.